420-15

CCA #   13-14-00292-CR

OFFENSE:   Failure to Register as a Sex Offender

STYLE:   Melvin Monroe Brigham v. The State of Texas

COUNTY:   Wharton

TRIAL COURT:   329th District Court
TRIAL COURT #:   19,099
TRIAL COURT JUDGE:   Hon. Randy Clapp
DISPOSITION: Affirm
DATE: _____
JUSTICE: _____ PC ___ S ____
PUBLISH: _____   DNP: _____

_____ MOTION
FOR REHEARING IS: _____
DATE: 3/5/15
JUDGE: Garza

CLK RECORD: _____
RPT RECORD: _____
STATE BR: _____
APP BR: _____

SUPP CLK RECORD _____
SUPP RPT RECORD _____
SUPP BR _____
PRO SE BR _____

## IN THE COURT OF CRIMINAL APPEALS

CCA # 420-15

- - - - - - - - - - - - - - - - - - - -

__PRO SE__ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:
__REFUSED__
DATE: 06/03/2015
JUDGE: _____

Disposition: _____
DATE: _____
JUDGE: _____
SIGNED: _____   PC: _____
PUBLISH: _____   DNP: _____

- - - - - - - - - - - - - - - - - - - -

_____ MOTION FOR REHEARING IN
CCA IS: _____ ON _____
JUDGE: _____

MOTION FOR STAY OF MANDATE IS:
_____ ON _____
JUDGE: _____